**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Chad Lee Monson, | No. 25-cv-2577 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER ON APPELLATE IFP APPLICATION** |
| Kandiyohi County, et al., | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Chad Lee Monson's Application to Proceed In Forma Pauperis on Appeal. (Dkt. No. 6.) Mr. Monson filed a notice of appeal regarding this Court's dismissal of his Complaint without prejudice. (Notice of Appeal, Dkt. No. 5; Dismissal Order, Dkt. No. 3.) Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's application to proceed in forma pauperis on appeal (Dkt. No. 6) is **GRANTED**.

Date: September 8, 2025

                                                              *s/ Katherine Menendez*
                                                              Katherine Menendez
                                                              United States District Judge